**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS PEREZ GARCIA, individually and on
behalf of all others similarly situated,
Plaintiff,

-against-

HIRAKEGOMA INC. (d/b/a NAGOMI),
KENSAN KIM, SUYEN KIM, and BOK KIM,
Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

17 CIVIL 7608 (SLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 9, 2020, the Court awards damages to Perez Garcia against Defendant Hirakegoma comprised of the following: (i) $151,009.38 in unpaid overtime wages, (ii) $7,997.75 in unpaid spread-of-hours wages, (iii) $159,007.13 in liquidated damages, (iv) $10,000.00 in statutory damages under state law, and (v) $60,534.01 in prejudgment interest. In addition, Plaintiff's counsel is entitled to attorneys' fees in the amount of $9,112.50 and costs in the amount of $564.00, for a total judgment of $398,224.77.

**Dated:** New York, New York

March 11, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *Kmango*

**Deputy Clerk**